# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Idella Wilson and Frank Wilson, | ) C/A No. 2:21-cv-00399-DCN |
| | ) State Court C/A No. 2020-CP-18-01947 |
| Plaintiffs, | ) |
| | ) **NOTICE OF REMOVAL** |
| Versus | ) |
| | ) |
| Dollar General Corporation, | ) |
| | ) |
| Defendant. | ) |

TO: CATHERINE F. JUHAS AND IVEY B. FRANKLIN, ATTORNEYS FOR THE PLAINTIFFS:

PLEASE TAKE NOTICE that the Defendant, Dollar General Corporation (hereinafter "Defendant"), has filed in the Office of the Clerk of the United States District Court for the District of South Carolina, for the above-captioned Division, a Notice for Removal of the above-entitled action from the State Court of South Carolina in the Circuit Court for the County of Dorchester, South Carolina, to the District Court of the United States for the District of South Carolina, for the above-captioned Division.

1. The above-entitled action was instituted by the Plaintiff against the Defendant by the service of a Summons and Complaint, on or about January 7, 2021, and this action is now pending in the State Court of South Carolina in the Circuit Court for the County of Dorchester.

2. At the time of the commencement of the action, the Plaintiffs were and still are citizens of the State of South Carolina.

3. The Defendant, Dollar General Corporation, upon information and belief, is now and at all times intervening, organized and existing under the laws of the State of Tennessee and having their principal place of business in Tennessee.

4.  The United States District Court for the District of South Carolina has original jurisdiction over Plaintiffs' Complaint pursuant to 28 U.S.C. § 1332. All parties to this action are diverse as citizens of different states as a corporation is considered a citizen of any state in which it has been incorporated or any state where its has its principle place of business. Furthermore, Plaintiffs' Complaint demands judgment against the Defendant for actual damages and punitive damages. Although no specific monetary value is included in the Complaint, the Defendant suspects, upon information and belief, the damages alleged would exceed the sum or value of $75,000.00, exclusive of interest and costs; therefore, this action is one which may be removed to this Court by Defendant pursuant 28 U.S.C. § 1441.

5.  A copy of this Notice for Removal is being served on all adverse parties and filed with the Clerk of Court, Dorchester County Courthouse, where this case was originally filed.

6.  The Defendant, Dollar General Corporation, files herewith a copy of all process, pleadings, and orders served upon it in this action as a part of this Notice, being the Summons and Complaint and Affidavit of Service.

WHEREFORE, the Defendant, Dollar General Corporation, respectfully requests that this Court will consider this Notice for Removal as provided by law governing the removal of cases to this Court; that this Court will make the proper orders to effect the removal of this cause of action from the Court of Common Pleas, Dorchester County, to this Court; and that this Court will make such orders as may be appropriate to effect the preparation and filing of a true record of all proceedings that may have been had in the circuit court.

        HOOD LAW FIRM, LLC
        172 Meeting Street
        Post Office Box 1508
        Charleston, SC  29402
        Phone: (843) 577-4435
        Facsimile: (843) 722-1630
        Email: Info@hoodlaw.com

        **/s/ Elloree A. Ganes**
        Elloree A. Ganes (9022)
        elloree.ganes@hoodlaw.com
        Evan M. Sobocinski (13175)
        evan.sobocinski@hoodlaw.com

        *Attorneys for the Defendant*
        *Dollar General Corporation*

**February 8, 2021**
Charleston, South Carolina

### *VERIFICATION*

The undersigned attorney affirms and states:

That she is one of the attorneys for the Defendant herein and is authorized to sign this Notice of Removal for the Defendant. That she has prepared and read the foregoing Notice of Removal and the matters and things therein are true as she verily believes.

        **/s/ Elloree A. Ganes**
        **Elloree A. Ganes**