

# CFJ
## INJURY LAWYERS
COUNSELORS FOR JUSTICE

| Catherine F. Juhas | Ivey B. Franklin | Isaac Grosswiler |
| --- | --- | --- |
| Attorney at Law | Attorney at Law | Attorney at Law |

December 21, 2020

**VIA CERTIFIED MAIL R/R/R AND RESTRICTED DELIVERY**
**7017 0190 0001 0186 5905**

Attn: Registered Agent for Dollar General Corporation
c/o Corporation Service Company
2908 Poston Avenue
Nashville, TN 37203

    Re: **Idella Wilson and Frank Wilson v. Dollar General Corporation**
       **Case No.: 2020-CP-18-01947**

Dear Sir/Madam:

Enclosed please find for service upon you as the registered agent for Dollar General Corporation, two (2) copies of the Summons & Complaint filed in the Dorchester County Court of Common Pleas in the above-referenced matter.

Sincerely,

Ivey B. Franklin, Esquire
Catherine F. Juhas, Esquire

Enclosures as stated.

2185 Ashley Phosphate Road, North Charleston, South Carolina 29406
Send mail to: PO Box 60068, North Charleston, South Carolina 29419
800.542.1444 | 843.553.0007 • fax 843.553.1400 • chsinjurylawyers.com

ELECTRONICALLY FILED - 2020 Dec 04 5:03 PM - DORCHESTER - COMMON PLEAS - CASE#2020CP1801947

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) | FOR THE 1ST JUDICIAL CIRCUIT |
| COUNTY OF DORCHESTER ) | CASE NO: 2020-CP-18-01947 |
| ) | |
| IDELLA WILSON AND FRANK ) | |
| WILSON, ) | |
| ) | |
| Plaintiffs, ) | **SUMMONS** |
| vs. ) | (Jury Trial Demanded) |
| ) | |
| DOLLAR GENERAL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**TO: THE DEFENDANT ABOVE-NAMED**

**YOU ARE HEREBY SUMMONED** and required to Answer the Complaint in this action, a copy of which is herewith served upon you, and to serve a copy of your Answer to the Complaint upon Plaintiffs or their attorneys, Catherine F. Juhas and Ivey B. Franklin, at their office located at 2185 Ashley Phosphate Road, Post Office Box 60068, North Charleston, South Carolina, 29419-0068, within thirty (30) days after the service hereof, exclusive of the day of such service, and if you fail to Answer the Complaint within the time frame aforesaid, Plaintiffs will apply to the Court for the relief demanded in the Complaint.

Dated at North Charleston, South Carolina on the 4th day of December, 2020.

                  **WERN LAWYERS**

                  *s/ Ivey B. Franklin*
                  Catherine F. Juhas, Esquire
                  SC Bar No.: 100375
                  Ivey B. Franklin, Esquire
                  SC Bar No.: 104131
                  2185 Ashley Phosphate Road
                  PO Box 60068
                  N. Charleston, SC  29419-0068
                  Phone: (843) 553-0007
                  Fax: (843) 553-1400
                  ifranklin@wernlawyers.com
                  cjuhas@wernlawyers.com
                  **ATTORNEYS FOR PLAINTIFFS**

ELECTRONICALLY FILED - 2020 Dec 04 5:03 PM - DORCHESTER - COMMON PLEAS - CASE#2020CP1801947

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) | FOR THE 1ST JUDICIAL CIRCUIT |
| COUNTY OF DORCHESTER ) | CASE NO.: 2020-CP-18-01947 |
| ) | |
| ) | |
| IDELLA WILSON AND FRANK ) | |
| WILSON, ) | COMPLAINT |
| ) | (Jury Trial Demanded) |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| DOLLAR GENERAL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

Plaintiffs, complaining of Defendant, allege and say as follows:

1. That Plaintiff Idella Wilson is a citizen and resident of Dorchester County, State of South Carolina.

2. That Plaintiff Frank Wilson is a citizen and resident of Dorchester County, State of South Carolina.

3. That upon information and belief, Defendant Dollar General Corporation ("Defendant") is a corporation incorporated and existing under the laws of the State of Tennessee, doing business and/or owning property in the State of State of South Carolina, whose registered agent for service of process is Corporation Service Company located at 2908 Poston Avenue, Nashville, TN 37203.

4. That the trip and fall which is the subject of this action occurred in Dorchester County, State of South Carolina.

5. That this Court has jurisdiction over the parties and the subject matter of this action.

6. That on or about March 4, 2020, Plaintiff Idella Wilson was a customer, as an invitee and for the benefit of Defendant, at Defendant's place of business, Store #2849 located at

1

ELECTRONICALLY FILED - 2020 Dec 04 5:03 PM - DORCHESTER - COMMON PLEAS - CASE#2020CP1801947

10150 Dorchester Road, Summerville, SC 29485 ("Premises").

7. That on or about March 4, 2020, due to the negligence of the Defendant, Plaintiff Idella Wilson tripped and fell while walking upon the Premises.

8. That as a natural and foreseeable result of Plaintiff's trip and fall, Plaintiff Idella Wilson suffered a high impact collision with the floor resulting in severe and acute injuries.

9. That Defendant, individually and/or by and through its agents and/or employees, had a duty to monitor and maintain the Premises to ensure it is safe and not dangerous to persons such as Plaintiff Idella Wilson.

10. That the Defendant either knew or should have known that the area where Plaintiff Idella Wilson fell presented a dangerous condition to persons entering the Premises, or that the Defendant created the dangerous condition.

### FOR A FIRST CAUSE OF ACTION
(Negligence)

11. That the allegations of Paragraphs 1-10 are hereby incorporated by reference as if rewritten verbatim herein.

12. That the fall and resulting injuries and damages to Plaintiff were caused directly and proximately by one or more of the following negligent, negligent *per se*, grossly negligent, careless, reckless, wanton and unlawful acts, and/or omissions of the Defendant in any one or more of the following ways:

    a. In failing to properly monitor and maintain its Premises, including the walkway and entrance, in a reasonably safe manner for persons lawfully on the Premises, such as Plaintiff;

    b. In failing to observe the dangerous condition of the Premises;

ELECTRONICALLY FILED - 2020 Dec 04 5:03 PM - DORCHESTER - COMMON PLEAS - CASE#2020CP1801947

    c.    In failing to adequately warn Plaintiff as to any dangers that may be present on the Premises;

    d.    In failing to appreciate the gravity of the dangers associated with a hazardous condition on the Premises;

    e.    In failing and omitting to take any precautions whatsoever of a reasonable nature to protect this Plaintiff from the danger on the Premises on the occasion that Plaintiff was using the same;

    f.    In failing to enact policies to ensure the safety of licensees and invitees on the Premises;

    g.    In failing to properly supervise in the correct maintenance of the Premises;

    h.    In any such other manner the Plaintiffs may discover through discovery and/or at trial.

13.    That as a direct and proximate result of the negligence, gross negligence, carelessness, recklessness, willfulness, and wantonness of the Defendant, as is set forth more fully above, Plaintiff Idella Wilson has been damaged and injured in the following respects:

    a.    Plaintiff has been required to expend a significant amount of money for Plaintiff's medical care and treatment;

    b.    Upon information and belief, the nature of Plaintiff's injuries will require her to expend a significant amount of money for future medical care and treatment;

    c.    The nature and pain of Plaintiff's injuries has resulted in Plaintiff's loss of enjoyment of life and changes in her personality, all to the permanent detriment to her health and physical well-being.

14. The Defendant's acts and omissions, as are set forth more fully above, show willful misconduct, malice, wantonness, and an entire want of care, raising a presumption of the Defendant's conscious indifference to the consequences of such acts or omissions.

### FOR A SECOND CAUSE OF ACTION
### (Loss of Consortium)

15. That Plaintiffs repeat and reiterate the allegations contained in Paragraphs 1-14 as if restated herein verbatim.

16. That as a direct and proximate result of Defendant's negligence as described more fully above, Plaintiff Frank Wilson suffered a loss of the services, society, and companionship with his lawful wife, Plaintiff Idella Wilson, with whom he is and was living with at the time of the incident which is the subject of this action.

17. That as a further direct and proximate result of the Defendant's negligence, Plaintiff Frank Wilson suffered damages for the expenses of care and treatment of his wife, Plaintiff Idella Wilson.

18. That Defendant owed a duty of due care to Plaintiff Frank Wilson, which Defendant failed to meet, thereby causing substantial damage to Plaintiff Frank Wilson.

19. That because of the Defendant's acts and omissions and the proximate harm resulting to Plaintiffs, Plaintiffs should be awarded punitive damages in an amount to be determined by the trier of fact, in order to punish and penalize the Defendant and to deter the Defendant and others from similar behavior.

20. That upon information and belief, Plaintiffs are entitled to judgment against the Defendant for actual, compensatory and exemplary or punitive damages for Plaintiffs' personal injuries set forth herein in an amount that is fair, just and reasonable under the

ELECTRONICALLY FILED - 2020 Dec 04 5:03 PM - DORCHESTER - COMMON PLEAS - CASE#2020CP1801947

ELECTRONICALLY FILED - 2020 Dec 04 5:03 PM - DORCHESTER - COMMON PLEAS - CASE#2020CP1801947

circumstances, plus whatever costs, interest, and attorney's fees that she may be entitled, to be determined by a jury.

**WHEREFORE**, the Plaintiff prays for judgment against the Defendant for an amount to be ascertained by the jury at the trial of this action, for all damages, punitive and actual, for the cost and disbursements of this action, post judgment interest, and for such other and further relief, in law or in equity, as this court may deem just and proper.

Respectfully submitted,

**WERN LAWYERS**

*/s/ Ivey B. Franklin*
Ivey B. Franklin, Esquire
SC Bar No.: 104131
Catherine F. Juhas, Esquire
SC Bar No.: 100375
2185 Ashley Phosphate Road
PO Box 60068
N. Charleston, SC  29419-0068
Phone: (843) 553-0007
Fax:   (843) 553-1400
ifranklin@wernlawyers.com
cjuhas@wernlawyers.com

**ATTORNEYS FOR PLAINTIFFS**

December 4, 2020
North Charleston, South Carolina

ELECTRONICALLY FILED - 2020 Dec 04 5:03 PM - DORCHESTER - COMMON PLEAS - CASE#2020CP1801947

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) | FOR THE 1ST JUDICIAL CIRCUIT |
| COUNTY OF DORCHESTER ) | CASE NO: 2020-CP-18-01947 |
| ) | |
| IDELLA WILSON AND FRANK ) | |
| WILSON, ) | |
| ) | |
| Plaintiffs, ) | **SUMMONS** |
| vs. ) | (Jury Trial Demanded) |
| ) | |
| DOLLAR GENERAL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**TO: THE DEFENDANT ABOVE-NAMED**

**YOU ARE HEREBY SUMMONED** and required to Answer the Complaint in this action, a copy of which is herewith served upon you, and to serve a copy of your Answer to the Complaint upon Plaintiffs or their attorneys, Catherine F. Juhas and Ivey B. Franklin, at their office located at 2185 Ashley Phosphate Road, Post Office Box 60068, North Charleston, South Carolina, 29419-0068, within thirty (30) days after the service hereof, exclusive of the day of such service, and if you fail to Answer the Complaint within the time frame aforesaid, Plaintiffs will apply to the Court for the relief demanded in the Complaint.

Dated at North Charleston, South Carolina on the 4th day of December, 2020.

**WERN LAWYERS**

*s/ Ivey B. Franklin*
Catherine F. Juhas, Esquire
SC Bar No.: 100375
Ivey B. Franklin, Esquire
SC Bar No.: 104131
2185 Ashley Phosphate Road
PO Box 60068
N. Charleston, SC 29419-0068
Phone: (843) 553-0007
Fax: (843) 553-1400
ifranklin@wernlawyers.com
cjuhas@wernlawyers.com
**ATTORNEYS FOR PLAINTIFFS**

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) | FOR THE 1ST JUDICIAL CIRCUIT |
| COUNTY OF DORCHESTER ) | CASE NO.: 2020-CP-18-01947 |
| ) | |
| IDELLA WILSON AND FRANK ) | |
| WILSON, ) | COMPLAINT |
| ) | (Jury Trial Demanded) |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| DOLLAR GENERAL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

Plaintiffs, complaining of Defendant, allege and say as follows:

1. That Plaintiff Idella Wilson is a citizen and resident of Dorchester County, State of South Carolina.

2. That Plaintiff Frank Wilson is a citizen and resident of Dorchester County, State of South Carolina.

3. That upon information and belief, Defendant Dollar General Corporation ("Defendant") is a corporation incorporated and existing under the laws of the State of Tennessee, doing business and/or owning property in the State of State of South Carolina, whose registered agent for service of process is Corporation Service Company located at 2908 Poston Avenue, Nashville, TN 37203.

4. That the trip and fall which is the subject of this action occurred in Dorchester County, State of South Carolina.

5. That this Court has jurisdiction over the parties and the subject matter of this action.

6. That on or about March 4, 2020, Plaintiff Idella Wilson was a customer, as an invitee and for the benefit of Defendant, at Defendant's place of business, Store #2849 located at

1

ELECTRONICALLY FILED - 2020 Dec 04 5:03 PM - DORCHESTER - COMMON PLEAS - CASE#2020CP1801947

ELECTRONICALLY FILED - 2020 Dec 04 5:03 PM - DORCHESTER - COMMON PLEAS - CASE#2020CP1801947

10150 Dorchester Road, Summerville, SC 29485 ("Premises").

7. That on or about March 4, 2020, due to the negligence of the Defendant, Plaintiff Idella Wilson tripped and fell while walking upon the Premises.

8. That as a natural and foreseeable result of Plaintiff's trip and fall, Plaintiff Idella Wilson suffered a high impact collision with the floor resulting in severe and acute injuries.

9. That Defendant, individually and/or by and through its agents and/or employees, had a duty to monitor and maintain the Premises to ensure it is safe and not dangerous to persons such as Plaintiff Idella Wilson.

10. That the Defendant either knew or should have known that the area where Plaintiff Idella Wilson fell presented a dangerous condition to persons entering the Premises, or that the Defendant created the dangerous condition.

## FOR A FIRST CAUSE OF ACTION
### (Negligence)

11. That the allegations of Paragraphs 1-10 are hereby incorporated by reference as if rewritten verbatim herein.

12. That the fall and resulting injuries and damages to Plaintiff were caused directly and proximately by one or more of the following negligent, negligent *per se*, grossly negligent, careless, reckless, wanton and unlawful acts, and/or omissions of the Defendant in any one or more of the following ways:

    a. In failing to properly monitor and maintain its Premises, including the walkway and entrance, in a reasonably safe manner for persons lawfully on the Premises, such as Plaintiff;

    b. In failing to observe the dangerous condition of the Premises;

c. In failing to adequately warn Plaintiff as to any dangers that may be present on the Premises;

d. In failing to appreciate the gravity of the dangers associated with a hazardous condition on the Premises;

e. In failing and omitting to take any precautions whatsoever of a reasonable nature to protect this Plaintiff from the danger on the Premises on the occasion that Plaintiff was using the same;

f. In failing to enact policies to ensure the safety of licensees and invitees on the Premises;

g. In failing to properly supervise in the correct maintenance of the Premises;

h. In any such other manner the Plaintiffs may discover through discovery and/or at trial.

13. That as a direct and proximate result of the negligence, gross negligence, carelessness, recklessness, willfulness, and wantonness of the Defendant, as is set forth more fully above, Plaintiff Idella Wilson has been damaged and injured in the following respects:

a. Plaintiff has been required to expend a significant amount of money for Plaintiff's medical care and treatment;

b. Upon information and belief, the nature of Plaintiff's injuries will require her to expend a significant amount of money for future medical care and treatment;

c. The nature and pain of Plaintiff's injuries has resulted in Plaintiff's loss of enjoyment of life and changes in her personality, all to the permanent detriment to her health and physical well-being.

ELECTRONICALLY FILED - 2020 Dec 04 5:03 PM - DORCHESTER - COMMON PLEAS - CASE#2020CP1801947

14. The Defendant's acts and omissions, as are set forth more fully above, show willful misconduct, malice, wantonness, and an entire want of care, raising a presumption of the Defendant's conscious indifference to the consequences of such acts or omissions.

### FOR A SECOND CAUSE OF ACTION
### (Loss of Consortium)

15. That Plaintiffs repeat and reiterate the allegations contained in Paragraphs 1-14 as if restated herein verbatim.

16. That as a direct and proximate result of Defendant's negligence as described more fully above, Plaintiff Frank Wilson suffered a loss of the services, society, and companionship with his lawful wife, Plaintiff Idella Wilson, with whom he is and was living with at the time of the incident which is the subject of this action.

17. That as a further direct and proximate result of the Defendant's negligence, Plaintiff Frank Wilson suffered damages for the expenses of care and treatment of his wife, Plaintiff Idella Wilson.

18. That Defendant owed a duty of due care to Plaintiff Frank Wilson, which Defendant failed to meet, thereby causing substantial damage to Plaintiff Frank Wilson.

19. That because of the Defendant's acts and omissions and the proximate harm resulting to Plaintiffs, Plaintiffs should be awarded punitive damages in an amount to be determined by the trier of fact, in order to punish and penalize the Defendant and to deter the Defendant and others from similar behavior.

20. That upon information and belief, Plaintiffs are entitled to judgment against the Defendant for actual, compensatory and exemplary or punitive damages for Plaintiffs' personal injuries set forth herein in an amount that is fair, just and reasonable under the

ELECTRONICALLY FILED - 2020 Dec 04 5:03 PM - DORCHESTER - COMMON PLEAS - CASE#2020CP1801947

ELECTRONICALLY FILED - 2020 Dec 04 5:03 PM - DORCHESTER - COMMON PLEAS - CASE#2020CP1801947

circumstances, plus whatever costs, interest, and attorney's fees that she may be entitled, to be determined by a jury.

**WHEREFORE**, the Plaintiff prays for judgment against the Defendant for an amount to be ascertained by the jury at the trial of this action, for all damages, punitive and actual, for the cost and disbursements of this action, post judgment interest, and for such other and further relief, in law or in equity, as this court may deem just and proper.

                                              Respectfully submitted,

                                              **WERN LAWYERS**

                                              */s/ Ivey B. Franklin*
                                              Ivey B. Franklin, Esquire
                                              SC Bar No.: 104131
                                              Catherine F. Juhas, Esquire
                                              SC Bar No.: 100375
                                              2185 Ashley Phosphate Road
                                              PO Box 60068
                                              N. Charleston, SC  29419-0068
                                              Phone: (843) 553-0007
                                              Fax:   (843) 553-1400
                                              ifranklin@wernlawyers.com
                                              cjuhas@wernlawyers.com

                                            **ATTORNEYS FOR PLAINTIFFS**

December 4, 2020
North Charleston, South Carolina

5

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

## CERTIFIED MAIL®

7017 0190 0001 0186 5905



Post Office Box 60068
North Charleston, SC 29419

**CERTIFIED MAIL R/R/R RESTRICTED DELIVERY**
7017 0190 0001 0186 5905
Attn: Registered Agent for Dollar General Corporation
c/o Corporation Service Company
2908 Poston Avenue
Nashville. TN 37203

